IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| KATRINA BERAN,<br><br>　　　　　　Plaintiff,<br><br>　　vs.<br><br>VSL NORTH PLATTE COURT LLC,<br><br>　　　　　　Defendant. | **7:21CV5003**<br><br>**ORDER** |

　　　　Due to the health reasons described in Plaintiff's motion, (Filing No. 38),

　　　　IT IS ORDERED:

1)　　The plaintiff's unopposed motion to continue the settlement conference, pretrial conference, and the jury trial, (Filing No. 38), is granted. Each of these proceedings, and all deadlines associated with them (including, e.g. the deadlines for serving settlement conference statements, submitting the proposed pretrial conference orders, filing motions in limine, etc.), are continued pending further order of the court.

2)　　A conference call to discuss re-scheduling the continued hearing and deadlines will be held before the undersigned magistrate judge on January 19, 2023 at 9:00 a.m. Counsel shall use the conference instructions assigned to this case to participate in the call.

　　　　Dated this 14th day of November, 2022.

　　　　　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　　　　　*s/ Cheryl R. Zwart*
　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge