FILED
U.S. DISTRICT COURT
DISTRICT OF NEBRASKA

2023 MAY 12 PM 12:51

OFFICE OF THE CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| KATRINA BERAN,<br><br>Plaintiff,<br><br>vs.<br><br>VSL NORTH PLATTE COURT LLC,<br><br>Defendant. | 7:21CV5003<br><br>**VERDICT FORM** |

On the sexual harassment claim of plaintiff Katrina Beran, we, the jury, present our answers to questions submitted by the Court, to which we have all agreed:

1. On plaintiff Katrina Beran's claim of sexual harassment, as submitted in Instruction No. 14, in whose favor do you find?

    __X__ Plaintiff Katrina Beran

    _____ Defendant Linden Court

*If you found in favor of defendant Linden Court, do not answer Question No. 2 or Question No. 3. Instead, sign the Verdict Form and call my chambers to notify us that you have reached a verdict. If you found in favor of plaintiff Katrina Beran, go on to Question 2.*

2. If you found in favor of plaintiff Katrina Beran in answer to Question 1, do you award damages for emotional distress in some amount, as explained in Instruction No. 15, or nominal damages of $1.00, as explained in Instruction No. 16?

    $__500,000__ in total damages for emotional distress

    OR

    $_____ in nominal damages

*Please go on to answer Question 3.*

1

3. What amount, if any, do you award to plaintiff Katrina Beran for punitive damages against defendant Linden Court, as punitive damages are explained in Instruction No. 17?

$2,500,000 (Please enter either a dollar amount or "none.")

Dated: 5/12/23