IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| KATRINA BERAN,<br><br>　　　　　　　Plaintiff,<br><br>　　vs.<br><br>VSL NORTH PLATTE COURT LLC,<br><br>　　　　　　　Defendant. | 7:21CV5003<br><br>ORDER SETTING SCHEDULE FOR DETERMINATION OF CLAIM FOR ATTORNEY'S FEES |

　　　　The Eighth Circuit Court of Appeals has entered an Order remanding Plaintiff/Appellee's motion for attorney's fees relating to the appeal of this matter to this Court for appropriate hearing and determination. Filing 154 (citing 8th Cir. R. 47C(b)). Accordingly,

　　　　IT IS ORDERED that

　　　　1.　　Plaintiff/Appellee shall submit a claim for attorney's fees not later than September 5, 2025, in compliance with the requirements and guidelines in NECivR 54.3 and 54.4.

　　　　2.　　Defendant/Appellant shall submit a response or opposition to Plaintiff/Appellee's claim for attorney's fees not later than September 19, 2025.

　　　　3.　　Plaintiff/Appellee may but is not required to file a reply in further support of her claim for attorney's fees not later than September 26, 2025.

　　　　Dated this 22nd day of August, 2025.

　　　　　　　　　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　Brian C. Buescher
　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge