IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| KATRINA BERAN,<br><br>              Plaintiff,<br><br>vs.<br><br>VSL NORTH PLATTE COURT LLC,<br><br>              Defendant. | 7:21CV5003<br><br>ORDER AMENDING SCHEDULE FOR DETERMINATION OF CLAIM FOR ATTORNEY'S FEES |

On August 22, 2025, the Court entered an order setting a schedule for the determination of Plaintiff's claim for attorney's fees. Filing 155. This matter is now before the Court on Plaintiff's Unopposed Motion to Extend Deadlines for Determination of Claim for Attorney's Fees owing to a death in Plaintiff's counsel's family. Filing 156. The Court finds good cause for the requested extension. Accordingly,

IT IS ORDERED that Plaintiff's Unopposed Motion to Extend Deadlines for Determination of Claim for Attorney's Fees, Filing 156, is granted as follows:

1. Plaintiff/Appellee shall submit a claim for attorney's fees not later than September 15, 2025, in compliance with the requirements and guidelines in NECivR 54.3 and 54.4.

2. Defendant/Appellant shall submit a response or opposition to Plaintiff/Appellee's claim for attorney's fees not later than September 29, 2025.

3. Plaintiff/Appellee may but is not required to file a reply in further support of her claim for attorney's fees not later than October 6, 2025.

Dated this 8th day of September, 2025.

                                                                BY THE COURT:

                                                                /s/ Brian C. Buescher

                                                                Brian C. Buescher<br>                                                                United States District Judge