IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

KATRINA BERAN,

Plaintiff,

vs.

VSL NORTH PLATTE COURT LLC,

Defendant.

7:21CV5003

SECOND ORDER AMENDING
SCHEDULE FOR DETERMINATION OF
CLAIM FOR ATTORNEY'S FEES

This matter is now before the Court on Plaintiff's Unopposed Motion to Extend Deadlines for Determination of Claim for Attorney's Fees. Filing 158. Plaintiff's counsel explains that the death in the family that caused the prior extension of deadlines resulted in a longer period out of the office than anticipated. Filing 158 at 1. Consequently, Plaintiff requests an extension of one week for the deadlines for submission of briefs on the claim for attorney's fees. The Court finds good cause for the requested extension. Accordingly,

IT IS ORDERED that Plaintiff's Unopposed Motion to Extend Deadlines for Determination of Claim for Attorney's Fees, Filing 158, is granted as follows:

1.      Plaintiff/Appellee shall submit a claim for attorney's fees not later than September 22, 2025, in compliance with the requirements and guidelines in NECivR 54.3 and 54.4.

2.      Defendant/Appellant shall submit a response or opposition to Plaintiff/Appellee's claim for attorney's fees not later than October 6, 2025.

3.      Plaintiff/Appellee may but is not required to file a reply in further support of her claim for attorney's fees not later than October 13, 2025.

Dated this 15th day of September, 2025.

BY THE COURT:

_____

Brian C. Buescher
United States District Judge